Michael Korsinsky, Esq.
KORSINSKY & KLEIN, LLP
2926 Avenue L
Brooklyn, New York 11210
Tel: 212-495-8133
Email: mk@kklawfirm.com

Attorneys for Creditor
Korsinsky & Klein, LLP

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

    LCG Community Services, Inc.,

                        Debtor.

Chapter 7
Case No. 1-22-40703-ess

-----------------------------------------------------------X

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Michael Korsinsky, Esq., of KORSINSKY & KLEIN, LLP hereby appears as a counsel on behalf of creditor KORSINSKY & KLEIN, LLP, in the within proceeding.

**PLEASE TAKE FURTHER NOTICE** that Michael Korsinsky, Esq., of Korsinsky & Klein, LLP, pursuant to Federal Rules of Bankruptcy Procedure 2002, 9007, and 9010(b) and 11 U.S.C. §§ 102(1), 342, and 1109(b) requests that all notices given or required to be given and all papers served or required to be served in this case shall be given to and served as set forth below:

Michael Korsinsky, Esq.
KORSINSKY & KLEIN, LLP
2926 Avenue L
Brooklyn, New York 11210
Tel: 212-495-8133
Email: mk@kklawfirm.com

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only

notices of papers referred to in the Bankruptcy Rules and statutory provisions specified above, but also includes, without limitations, all orders, pleadings, notices, motions, applications, complaints, demands, hearing dates, requests, petitions, answering or reply papers, schedules of assets and liabilities and statements of affairs, memoranda and briefs in support of any of the foregoing, and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by, e-mail, mail, overnight or hand delivery, telephone, telecopier, or any other manner or method of transmission.

Dated: Brooklyn, New York
      April 11, 2022

KORSINSKY & KLEIN, LLP
By: _____
Michael Korsinsky, Esq.
2926 Avenue L
Brooklyn, New York  11210
Tel: 212-495-8133
Email: mk@kklawfirm.com